P. Kristofer Strojnik, SBN 242728
pstrojnik@strojniklaw.com
Esplanade Center III, Suite 700
2415 East Camelback Road
Phoenix, Arizona 85016
415-450-0100 (tel.)

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA BROOKE, a married woman dealing with her sole and separate claim, | Case No: 5:25-cv-01951-SPG-JC |
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| vs. | |
| ADRIATIC VACATION CLUB INC., | |
| Defendant. | |

Please take notice this case has settled.

RESPECTFULLY SUBMITTED this 30th day of September, 2025.

By _____
Peter K. Strojnik (242728)
Attorneys for Plaintiff