1  P. Kristofer Strojnik, State Bar No. 242728
2  pstrojnik@strojniklaw.com
   Esplanade Center III, Suite 700
3  2415 East Camelback Road
   Phoenix, Arizona 85016
4  Telephone:  (415) 450-0100

5
   Attorneys for Plaintiff
6  THERESA BROOKE

7                    **UNITED STATES DISTRICT COURT**

8                    **CENTRAL DISTRICT OF CALIFORNIA**
9

10  THERESA BROOKE, a married woman
    dealing with her sole and separate claim,        Case No: 5:25-cv-01951-SPG-JC
11
                        Plaintiff,                    **JOINT MOTION TO DISMISS WITH**
12                                                     **PREJUDICE**

13  vs.

14  ADRIATIC VACATION CLUB INC.,

15                        Defendant.

16

17
          Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), the parties jointly move for a dismissal
18
    of the above case with prejudice; with each party to bear their own attorney fees, costs
19
    and expenses.
20

21        RESPECTFULLY SUBMITTED this 18th day of November, 2025.

22

23                                         /s/ Peter Kristofer Strojnik
                                           Peter Kristofer Strojnik
24                                         Attorneys for Plaintiff

25

26                                         /s/ Rex Sofonio
                                           Rex Sofonio
27                                         Attorneys for Defendant

28